## WOOLF *v.* HAMILTON et al.

IN ERROR TO THE SUPREME COURT OF THE TERRITORY OF UTAH.

Decided November 10th, 1882.

*Error—Practice—Statutes.*

A case not tried in a territorial court by a jury cannot be brought for review by a writ of error.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court. This writ of error is dismissed on the authority of *Hecht* v. *Boughton,* 105 U. S. 235.   The case was not tried in the court below by a jury.  This, under the act of April 7th, 1874, c. 80, 18 Stat. 27, made it necessary to bring the judgment here for review by appeal and not by writ of error.

*Dismissed.*